UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x   WAIVER OF PERSONAL
UNITED STATES OF AMERICA,                    :    APPEARANCE

    -against-
FRANK FARELLA,                                          :    Cr. No. 12-232(ENV)
EDWARD WARREN,
FRANK VINCENT,                                          :
ANTHONY CABRERA,
and                                                                  :
ROSEMAIRE PECORINO,
                   Defendants.
------------------------------------------------------------x

      I, EDWARD WARREN, do hereby assert that the following statements are true:

1. I am the defendant who has been charged in the above indictment.

2. I waive my personal appearance to appear for the arraignment on this indictment.

3. I have received a copy of the above indictment and have reviewed it with my attorney MITCHELL DINNERSTEIN.

4. I enter a plea of Not Guilty to this indictment.

                                              _____
                                              EDWARD WARREN

Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, I have reviewed the indictment with my client, EDWARD WARREN who enters a plea of Not Guilty.

                                              _____
                                              MITCHELL DINNERSTEIN

I accept this Waiver of Appearance pursuant to Rule 10(b)(3) of the Federal Rules of Criminal Procedure.

                      MAY  9 2012     s/ ENV

                                              _____
                                              HON. Judge Eric N. Vitaliano